**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01028-CV

## EBBY HALLIDAY REAL ESTATE, INC., Appellant

## V.

## KEVIN DUGAS, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04871-C**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/ ELIZABETH LANG-MIERS
PRESIDING JUSTICE